# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:18-cv-09773-AB-(AFM)** | Date: March 13, 2019 |
| Title **Jerry Bell v. Edmund Gerald Brown, Jr., et al.** | |

Present: The Honorable: **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

The Complaint herein was filed on November 20, 2018. On December 21, 2018, the Court issued its Order re Civil Rights Case reminding plaintiff that pursuant to Federal Rule of Civil Procedure 4(m), if service of the summons and complaint was not accomplished within 90 days after the filing of the Complaint, the action would be subject to dismissal for failure to prosecute.

On February 1, 2019, the Court issued a further reminder that the 90-day period to serve the summons and complaint would expire on February 18, 2019. Plaintiff was warned that his failure to effectuate service by that date could result in the dismissal of the action by reason of plaintiff's failure to prosecute. The docket shows that, as late as the date of this Order, plaintiff has not filed proofs of service of the summons and complaint.

Accordingly, no later than **March 27, 2019,** plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. Plaintiff is admonished that failure to respond to this order may result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |