# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BELL,<br><br>    Plaintiff,<br><br>  v.<br><br>EDMUND GERALD BROWN, et al.,<br><br>    Defendants. | Case No. 2:18-cv-09773-AB (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: May 22, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE