JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND GERALD BROWN, JR.,<br>et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-09773- AB (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: May 22, 2019

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE